KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

# NOTICE OF CONTINUED CONFIRMATION HEARING

| IN RE: | CHAPTER 13 |
|---|---|
| Margarita Ramirez | CASE NO.: LA25-14726-NB |
| DEBTOR(S) | **NOTICE OF CONTINUED CONFIRMATION HEARING**<br><br>DATE: 1/15/26<br>TIME: 9:30 am<br>PLACE: Roybal Building<br>Courtroom 1545 15th Floor<br>255 East Temple Street<br>Los Angeles, CA 90012 |

**TO DEBTOR, DEBTOR'S ATTORNEY, AND INTERESTED PARTIES:**

**NOTICE IS HEREBY GIVEN** that the confirmation hearing for the referenced case has been continued. The hearing will occur at the time and place listed above.

Dated: 11/6/25

_____
**Kathy A. Dockery,    Chapter 13 Trustee**