**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

# NOTICE OF CONTINUED CONFIRMATION HEARING

IN RE:

**Margarita Ramirez**

DEBTOR(S)

CHAPTER 13

CASE NO.: LA25-14726-NB

**NOTICE OF CONTINUED CONFIRMATION HEARING**

DATE:      2/12/26
TIME        9:30 am
PLACE:    Roybal Building
               Courtroom 1545 15th Floor
               255 East Temple Street
               Los Angeles, CA 90012

**TO DEBTOR, DEBTOR'S ATTORNEY, AND INTERESTED PARTIES:**

**NOTICE IS HEREBY GIVEN that the confirmation hearing for the referenced case has been**

**continued.  The hearing will occur at the time and place listed above.**

**Dated:  1/16/26**

_Kathy A. Dockery_

_____
**Kathy A. Dockery,      Chapter 13 Trustee**